1034

FIRST CLASS CARTAGE, LTD., *Appellant*, v. FIFE SERVICE AND TOWING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-09763-0, Karen L. Strombom, J., entered January 14, 2003. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Armstrong, JJ. Now published at 121 Wn. App. 257.

THE STATE OF WASHINGTON, *Respondent*, v. CAESAR CARLISE GARNER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-01720-7, Roger A. Bennett, J., entered January 15, 2003. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Seinfeld, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ALBERTO JESUS LOMELI, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-02223-5, John P. Wulle, J., entered February 4, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DAVID COLLINS, *Appellant*.

Appeals from judgments of the Superior Court for Clark County, Nos. 99-1-01877-0 and 99-1-01194-5, Barbara D. Johnson and John F. Nichols, JJ., entered February 12, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J. Now published at 121 Wn. App. 16.